IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

R & G STUDENT HOUSING, LLC,   Case No: 6:16-cv-1363-Orl-31DAB

    Plaintiff,

vs.

PHOENIX SUSTAINABLE GROUP, LLC,

    Defendant.

_____/

**DEFENDANT, PHOENIX SUSTAINABLE GROUP, LLC'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or state court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

DATED: August 15, 2016.

    /s/ *Peter C. Vilmos*_____
    **Peter C. Vilmos, Esq.**
    Florida Bar No. 075061
    Email: pvilmos@burr.com
    Secondary: nwmosley@burr.com
    **Christopher R. Thompson, Esq.**
    Florida Bar No. 093102
    Email: crthompson@burr.com
    Secondary: dmartini@burr.com
    **BURR & FORMAN LLP**
    200 South Orange Ave., Suite 800
    Orlando, Florida 32801
    Phone: (407) 540-6600
    Fax:    (407) 650-2955

*Attorneys for Defendant, Phoenix Sustainable Group, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on 15th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court in the U.S. District Court, Middle District of Florida, Orlando Division, by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| John H. Bill, Esquire<br>Florida Bar No.: 443890<br>Michael S. Kraynick, Esquire<br>Florida Bar No.: 44394<br>Godbold, Downing, Bill & Rentz, P.A.<br>222 W. Comstock Avenue, Suite 101<br>Winter Park, FL 32789<br>Telephone: (407) 647-4418<br>Telefax:   (407) 647-2089<br>E-Mail: jbill@gdb-law.com<br>E-Mail: mkraynick@gdb-law.com | Lonnie L. Simpson, Esquire<br>Florida Bar No.: 821871<br>Christopher F. Hamilton, Esquire<br>Florida Bar No.: 98527<br>Shutts & Bowen, LLP<br>4301 W. Boy Scout Boulevard<br>Suite 300<br>Tampa, FL 33607<br>Telephone: (813) 229-8900<br>Telefax:   (813) 229-8901<br>E-Mail: lsimpson@shutts.com<br>E-Mail: chamilton@shutts.com |

            /s/ *Peter C. Vilmos*
            **Peter C. Vilmos**
            Florida Bar No. 75061