UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**R&G STUDENT HOUSING, LLC,**           Case No. 6:16-cv-1363-GAP-DAB

    Plaintiff,

v.

**PHOENIX SUSTAINABLE GROUP, LLC,**

    Defendant.
_____/

### NOTICE OF FILING DECLARATION OF RUSSELL A. GREER

Plaintiff R &G Student Housing, LLC gives notice of filing the Declaration of Russell A. Greer as to the citizenship of Plaintiff's sole member.

| | |
|---|---|
| **GODBOLD, DOWNING, BILL & RENTZ, P.A**. <br> Attorneys for Plaintiff <br> *R & G Student Housing, LLC* <br> 222 W. Comstock Avenue, Suite 101 <br> Winter Park, FL 32789 <br> Telephone:  (407) 647-4418 <br> Facsimile:  (407) 647-2089 | **SHUTTS & BOWEN LLP** <br> Attorneys for Plaintiff <br> *R & G Student Housing, LLC* <br> 4301 W. Boy Scout Boulevard <br> Suite 300 <br> Tampa, FL  33607 <br> Telephone:  (813) 229-8900 <br> Facsimile:  (813) 229-8901 |
| By:  */s/ John H. Bill* <br>     John H. Bill <br>     Florida Bar No. 443890 | By:  */s/ Lonnie L. Simpson* <br>     Lonnie L. Simpson <br>     Florida Bar No. 821871 |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of August, 2016, electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                                                        */s/ Lonnie L. Simpson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

R&G STUDENT HOUSING, LLC,

    Plaintiff,

v.                                         Case No. 6:16-cv-1363-GAP-DAB

PHOENIX SUSTAINABLE GROUP, LLC,

    Defendant.
_____/

## DECLARATION OF RUSSELL A. GREER

Pursuant to 28 U.S.C. § 1746, Russell A. Greer states as follows:

1. Plaintiff R&G Student Housing, LLC is a Florida limited liability company.

2. I am the sole member of R&G Student Housing, LLC.

3. I am a citizen of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2016.

_____
RUSSELL A. GREER